SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
E-mail: apaley@seyfarth.com
Jonathan L. Brophy (SBN 245223)
E-mail: jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

SEYFARTH SHAW LLP
Bailey K. Bifoss (SBN 278392)
E-mail: bbifoss@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW
Gina Gi (SBN 266708)
E-mail: ggi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile:  (213) 270-9601

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH THOMAS-COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03713-DJC-CSK<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Date:        July 30, 2026<br>Time:       1:30 p.m.<br>Courtroom:   7, 14th Floor<br><br>Complaint Filed: November 20, 2025 |

**TO THE HONORABLE COURT, PLAINTIFF, AND PLAINTIFF'S COUNSEL OF RECORD:**

Pursuant to Local Rule 230, Defendant United Healthcare Services, Inc. ("Defendant" or "UHS") hereby provides notice that Defendant does not intend to oppose Plaintiff Aaliyah Thomas-Cole's ("Plaintiff") motion to dismiss the action with prejudice, which is currently scheduled for hearing on July 30, 2026 at 1:30 p.m. in Courtroom 7, 14th Floor, of the Robert T. Matsui United States Courthouse located at 501 I Street, Sacramento, CA 95814.

DATED:  June 12, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Bailey K. Bifoss*

Andrew M. Paley
Jonathan L. Brophy
Bailey K. Bifoss
Gina Gi

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

1